542

UNITED STATES of America,
Plaintiff-Appellee,

v.

Martin Reid WATKINS, Defendant-
Appellant.

No. 71-1251

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 15, 1971.

Selig I. Goldin, Gainesville, Fla., for defendant-appellant.

William Stafford, U. S. Atty., Pensacola, Fla., Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., for plaintiff-appellee.

Before WISDOM,[1] COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[2]

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. Judge Wisdom participated in the decision to place this case on the Summary Calendar and to affirm the judgment of the court below. He did not participate in the preparation or rendition of this opinion, Title 28, U.S.C., § 46(d).

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

Arthur Lee MOORE, Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida,
Respondent-Appellee.

No. 71-1506.

United States Court of Appeals,
Fifth Circuit.

July 8, 1971.

Arthur Lee Moore, pro se.

Robert L. Shevin, Atty. Gen. State of Florida, William W. Herring, Joseph W. DeMember, Asst. Attys. Gens., Tallahassee, Fla., for appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.